## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARRETT JENKINS, EMMOT STEELE and FRANCES ROYAL, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  -against-<br><br>NATIONAL GRID USA SERVICE COMPANY, INC., KEYSPAN GAS EAST CORPORATION, NIAGARA MOHAWK POWER CORPORATION and THE BROOKLYN UNION GAS COMPANY,<br><br>  Defendants. | Misc. Case. No. |

### NOTICE OF MOTION TO TRANSFER PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO I.C. SYSTEM, INC.; OR ALTERNATIVELY IN SUPPORT OF MOTION TO COMPEL I.C. SYSTEM, INC.'S SUBPOENA COMPLIANCE

**PLEASE TAKE NOTICE** that Plaintiffs Jarrett Jenkins, Emmot Steele and Frances Royal, by through their counsel, and upon the accompanying *Memorandum of Law*, annexing Exhibits A and B, on a date and at a time designated by the Court, at the United States Courthouse for the District of Connecticut, for an Order transferring Plaintiffs' motion to compel compliance with a subpoena directed to I.C. System, Inc. ("ICS") pursuant to FED. R. CIV. P. 45(f), or alternatively moving to compel ICS' compliance with the subpoena.

**PLEASE TAKE FURTHER NOTICE** that pursuant to LOCAL RULE 7(a)(2), any responses to this motion must be served on or before **October 11, 2017.**

Dated: September 20, 2017         By:   /s/ Joseph S. Tusa
                                        Joseph S. Tusa

**TUSA P.C.**
Joseph S. Tusa
Bar No. ct30075
Email: joseph.tusapc@gmail.com
P.O. Box 566
Southold, NY 11971
Tel. (631) 407-5100
Fax. (516) 706-1373

**LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP**
Douglas I. Cuthbertson
Bar No. ct30263
Email: dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. (212) 355-9500
Fax. (212) 355-9592

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Joseph S. Tusa, a member in good standing of the bar of this Court and counsel for Plaintiffs in this action, certifies that on September 20, 2017, the accompanying *Notice of Motion* and *Memorandum of Law* were served on counsel for ICS, indicated below, by email and first class mail:

>Sean P. Flynn, Esq.
>Gordon & Rees Scully & Mansukhani, LLP
>2211 Michelson Drive, Ste. 400
>Irvine, CA  92612
>sflynn@grsm.com

>/s/ Joseph S. Tusa
>Joseph S. Tusa

-3-

1353851.2