# EXHIBIT A



Joseph Tusa <joseph.tusapc@gmail.com>

---

## Activity in Case 2:15-cv-01219-JS-GRB Jenkins v. National Grid USA et al Order on Motion to Compel
**1 message**

---

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>          Tue, May 30, 2017 at 5:08 PM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

#### Notice of Electronic Filing

The following transaction was entered on 5/30/2017 at 5:08 PM EDT and filed on 5/30/2017
**Case Name:**          Jenkins v. National Grid USA et al
**Case Number:**        2:15-cv-01219-JS-GRB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ELECTRONIC ORDER granting [232] Motion to Compel. Having failed to articulate any burden associated with this production and merely resting upon the assertion that the documents sought are not relevant, the motion to compel is GRANTED and Allied is to produce the material forthwith. Ordered by Magistrate Judge Gary R. Brown on 5/30/2017. c/ecf (Meehan, James)**

**2:15-cv-01219-JS-GRB Notice has been electronically mailed to:**

Richard H. Brown      rbrown@daypitney.com, jseitzinger@daypitney.com, managingclerk@daypitney.com, mfitzpatrick@daypitney.com

Arthur Sanders      asanders@arthursanderslaw.com, Asanders9@earthlink.net, asanders9@earthlink.net

Chris J. Lopata      cjlopata@jonesday.com

Anthony Joseph Marchetta      amarchetta@daypitney.com

Joseph S. Tusa      joseph.tusapc@gmail.com

Douglas Ian Cuthbertson     dcuthbertson@lchb.com, jnicolaou@lchb.com, jrudnick@lchb.com, mdecker@lchb.com

Jonathan D. Selbin     jselbin@lchb.com, dcuthbertson@lchb.com, dhutchinson@lchb.com, jrudnick@lchb.com, mmacatee@lchb.com

Daniel M. Hutchinson     dhutchinson@lchb.com, jrudnick@lchb.com

Michael Frederick Decker     mdecker@lchb.com

**2:15-cv-01219-JS-GRB Notice will not be electronically mailed to:**